Joshua M. Merliss, Esq. (SBN: 073416)
3580 Wilshire Boulevard, Suite 1800
Los Angeles, CA 90010
Tel:    (213) 739-7000
Fax:    (213) 386-1671

André E. Jardini, Esq. (SBN: 71335)
KNAPP, PETERSEN & CLARKE
A Professional Corporation
500 North Brand Boulevard, 20th floor
Glendale, CA 91203-1904
Tel:    (818) 547-5000
Fax:    (818) 547-5329

Michael S. Duberchin, Esq. (SBN: 108338)
LAW OFFICES OF MICHAEL S. DUBERCHIN
4768 Park Granada, Suite 212
Calabasas, CA 91302
Tel:    (818) 222-7484
Fax:    (818) 222-7480

Attorneys for Plaintiff,
KEVIN HEINE, on behalf of himself
and all others similarly situated

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN HEINE, on behalf of himself and all others similarly situated, | ) Case No. CV 066702 ABC (PJWx) |
| | ) |
| | ) (Before the Honorable Virginia A. Phillips, USDJudge) |
| Plaintiffs, | ) |
| | ) |
| vs. | ) CLASS ACTION |
| | ) |
| ABM SECURITY SERVICES, INC.; AMERICAN COMMERCIAL SECURITY SERVICES; SECURITY SERVICES OF AMERICA; ABM INDUSTRIES, INCORPORATED; DOES 1 to 100, | ) STIPULATION OF DISMISSAL; AND ORDER |
| | ) |
| | ) |
| | ) |
| | ) |
| Defendants. | ) |
| | ) |

Whereas the parties by and through their counsel of record have stipulated to and have Amended the Second Amended Complaint in Batiz v. ABM Secutiry Services, Inc., et. al., Case Number EDCV 06-00566 VAP (opx) whereas the Third Amended Complaint now includes as plaintiff Kevin Heine, and his claims;

-1-

STIPULATION OF COUNSEL

1

2 IT IS HEREBY STIPULATED by and between the parties to this action through

3 their designated counsel of record that the above-captioned action may be dismissed

4 with prejudice pursuant to FRCP 41(a)(1).

5

6 Dated: March 8, 2007                    LAW OFFICES OF MICHAEL S. DUBERCHIN

7                                          BY:

8                                              Michael S. Duberchin
                                              Attorneys for Plaintiff
9                                             KEVIN HEINE, on behalf of himself
                                              and all others similarly situated
10

11

12 Dated: *March 9, 2007*                  LAW OFFICES OF LITTLER MENDELSON

13                                          BY:

14                                              Dominic J. Messiha
                                              ABM SECURITY SERVICES, INC.;
15                                            AMERICAN COMMERCIAL SECURITY
                                              SERVICES; SECURITY SERVICES OF
16                                            AMERICA; ABM INDUSTRIES,
                                              INCORPORATED
17

18                                    **ORDER**

19

20         Pursuant to the Stipulation of the parties that this matter be dismissed; and

21         Upon Good Cause Shown, it is hereby Ordered that this matter be and hereby

22

23 is Dismissed with Prejudice.

24 Dated: *March* 2007
                                            Hon. Virginia A. Philips, Judge, U.S.
25                                          Federal District Court

26

27

28

# PROOF OF SERVICE

I am employed in Los Angeles County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 2049 Century Park East, 5th Floor, Los Angeles, California 90067.3107. I am readily familiar with this firm's practice for collection and processing of correspondence for mailing with the United States Postal Service. On March 9, 2007, I placed with this firm at the above address for deposit with the United States Postal Service a true and correct copy of the within document(s):

### STIPULATION OF DISMISSAL; AND ORDER

in a sealed envelope, postage fully paid, addressed as follows:

| | |
|---|---|
| Joshua M. Merliss, Esq. | Michael S. Duberchin, Esq. |
| 3580 Wilshire Blvd. | Law Offices Of Michael S. Duberchin |
| Suite 1800 | 4768 Park Granada, Suite 212 |
| Los Angeles, CA 90010 | Calabasas, CA 91302 |

André E. Jardini, Esq.
Knapp, Petersen & Clarke
500 N. Brand Blvd., 20th Floor
Glendale, CA 91203-1904

Following ordinary business practices, the envelope was sealed and placed for collection and mailing on this date, and would, in the ordinary course of business, be deposited with the United States Postal Service on this date.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on March 9, 2007, at Los Angeles, California.

*J. Monique McDonald*
J. Monique McDonald

LITTLER MENDELSON
A Professional Corporation
2049 Century Park East
5th Floor
Los Angeles, CA 90067 3107
310 553 0308

Firmwide:81604363 1 052796.1003